**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

JUNIOR CARMONA,

      *Plaintiff*,

v.                                Case No. 1:20-cv-03180-CCB

CARMAX AUTO SUPER STORES,

      *Defendant*.

**JOINT MOTION TO STAY PROCEEDINGS PENDING ARBITRATION**

COME NOW CarMax Auto Super Stores ("CarMax" or "Defendant") and Junior Carmona ("Plaintiff"), through counsel, and jointly respectfully move this Honorable Court to stay these judicial proceedings for up to ninety (90) days, for the following reasons.

1. Plaintiff filed the instant Complaint on November 2, 2020, and served Defendant on November 23, 2020. (ECF 1).

2. On November 23, 2020, the undersigned counsel for Defendant, Jaclyn Hamlin, contacted counsel for Plaintiff to notify Plaintiff of her retention and advise counsel for Plaintiff that Plaintiff executed an arbitration agreement with Defendant. (*See* November 23, 2020 Letter Requesting Arbitration with Cover Email, Exh. 1). Counsel for the parties spoke by telephone on November 25, 2020, and counsel for Plaintiff indicated that his client was agreeable to submitting the dispute to arbitration. Ms. Hamlin subsequently forwarded a copy of the arbitration agreement and a demand for arbitration form to counsel for Plaintiff.

3. Between November 25 and December 11, 2020, counsel exchanged correspondence discussing the arbitration provider to whom the dispute should be submitted, ultimately

agreeing on National Arbitration and Mediation (NAM). On December 11, 2020, counsel for Defendant forwarded counsel for Plaintiff a copy of the NAM Arbitration Rules and Arbitration Request Form, for Plaintiff to fill out and return. Counsel for Defendant advised that Defendant would promptly submit the Arbitration Request Form to NAM upon receipt. (*See* December 11, 2020 Email Correspondence, Exh. 2).

4. On December 14, 2020, with Plaintiff's consent, Defendant filed a Motion for Extension of Time to Respond to Plaintiff's Complaint, until December 28, 2020, in light of the parties' ongoing engagement in the arbitration request process. (ECF 7). The Court granted the Motion. (ECF 8).

5. On December 28, 2020, counsel for Defendant received Plaintiff's completed Arbitration Request Form. (*See* Completed Arbitration Request Form, Exh. 3).

6. In light of Plaintiff's completion of the Arbitration Request Form, and with Plaintiff's consent, the parties respectfully request that this Court stay all proceedings pending the process of opening arbitration before NAM.

7. The requested stay will allow the parties to complete the process of requesting and initiating arbitration of this matter, per agreement. Upon the expiration of ninety days, the parties will provide an update to the Court with respect to the status of the matter.

8. This request is being made in good faith and not for the purpose of delay. As no discovery has been exchanged to date, and the matter has not been calendared for trial, neither party will be prejudiced by the relief requested herein.

Dated:  December 28, 2020.                    Respectfully submitted,

| | |
|---|---|
| */s/  Charles Tucker, Jr.* | */s/ Jaclyn L. Hamlin* |
| Charles Tucker, Jr., Bar No. 993515 | Jaclyn L. Hamlin, Bar No. 20917 |
| TUCKER MOORE GROUP LLP | OGLETREE, DEAKINS, NASH, |
| 8181 Professional Place Ste. 207 | SMOAK & STEWART, P.C. |
| Hyattsville, Maryland 20785 | 1909 K Street, N.W., Suite 1000 |
| Tel:  (301) 577-1175 | Washington, D.C.  20006 |
| Fax:  (240) 467-5787 | Tel:  (202) 887-0855 |
| charles@tuckerlawgroupllp.com | Fax:  (202) 887-0866 |
| | jaclyn.hamlin@ogletreedeakins.com |
| *Counsel for Plaintiff* | |
| | *Counsel for Defendant* |

**CERTIFICATE OF SERVICE**

I HEREBY certify that on the 28th day of December, 2020, I filed the foregoing with the Court via the CM/ECF, which sent a copy to the following counsel of record:

Charles Tucker, Jr.
Tucker Moore Group LLP
8181 Professional Place Ste. 207
Hyattsville, Maryland 20785
Tel:  (301) 577-1175
Fax:  (240) 467-5787
charles@tuckerlawgroupllp.com

*Counsel for Plaintiff*

                                         */s/ Jaclyn L. Hamlin*
                                         Jaclyn L. Hamlin, Federal Bar No. 20917