IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

JUNIOR CARMONA                      \*
                                    \*
v.                                  \*      Civil No. CCB-20-3180
                                    \*
CARMAX                              \*
                          \*  \*  \*  \*  \*

## ORDER

Having considered the Joint Motion to Stay Proceedings (ECF 9), it is hereby Ordered that:

1. The motion is GRANTED;

2. The case is STAYED for 90 days; and

3. A status report is due on or before March 29, 2021.


\_\_12/30/2020_____                      _____/S/_____
Date                                             Catherine C. Blake
                                                 United States District Judge